ANDREW B. FINBERG, ESQ.
LAW OFFICES OF ANDREW B. FINBERG, LLC
525 Route 73 South, Suite 200
Marlton, NJ 08053
(856) 988-9055
Attorneys for Triple J's LLC

## IN THE UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| IN RE: | Case No.: 22-13330-JNP |
| **RUTH I BAEZ** | Chapter 13 |
| Debtor(s) |  |

## NOTICE OF APPEARANCE
## AND REQUEST FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE** that Triple J's LLC, creditor and party in interest ("Creditor") of the above-captioned Debtor hereby appears in this case by the undersigned counsel.

**REQUEST IS HEREBY MADE**, pursuant to Rules 2002 and 9007 or 9008 of the Bankruptcy Rules that all notices given or required to be given in this case and all papers, pleadings, motions, and applications served or required to be served in this case, shall be directed to and served upon the undersigned at the office, address, and telephone number set forth above.

**PLEASE TAKE FURTHER NOTICE** that the foregoing demand includes not only notices and papers referred to in the Rules specified above, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, suggestion, complaint or demand whether formal or informal, whether written or oral and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex, facsimile transmission, email,

electronically or otherwise which may which affect or seek to affect in anyway any rights or interest of the Creditor with respect to the Debtors or any related entity or property or proceeds thereof in which the Debtors may claim an interest.

                                              Respectfully submitted,

Dated:  May 18, 2022                   */s/ Andrew B. Finberg*
                                        ANDREW B. FINBERG, ESQUIRE
                                        LAW OFFICES OF ANDREW B. FINBERG, LLC
                                        Attorney for Triple J's LLC

                                        Law Offices of Andrew B. Finberg, LLC
                                        525 Route 73 South, Suite 200
                                        Marlton, New Jersey 08053
                                        (856) 988-9055