UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-2(c)

Andrew B. Finberg, ESQ.
Law Office of Andrew B. Finberg, LLC
525 Route 73 South, Ste. 200
Marlton, NJ 08053
(856)988-9055
Attorney for Triple J's, LLC

Order Filed on July 12, 2022
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Ruth I. Baez

Debtor

Case No.: 22-13330

Adv. No.:

Hearing Date:

Judge: Jerrold N. Poslusny, Jr.

**CONSENT ORDER RESOLVING OBJECTION TO CONFIRMATION OF DEBTOR'S CHAPTER 13 PLAN**

The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED**.

DATED: July 12, 2022

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

Page 2 of 2
Debtor(s): Ruth I. Baez
Case No: 22-13330
Caption of Order:   Consent Order Resolving Objection to Confirmation of Debtor's Chapter 13 Plan

**WHEREAS**, on April 25, 2022, the Debtor filed a Chapter 13 Voluntary Petition and Plan;

**WHEREAS**, on June 13, 2022, Triple J's, LLC, through their counsel, The Law Offices of Andrew B. Finberg, LLC, filed an Objection to Confirmation of Debtor's Chapter 13 Plan;

**WHEREAS**, the parties having agreed to enter into a Consent Order Resolving Triple J's, LLC's Objection to Confirmation of Debtor's Chapter 13 Plan;

**IT IS HEREBY ORDERED** that

1. Debtor stipulates to the proof of claim filed by Triple J's, LLC.

2. Debtor to cure all pre-petition arrears within eighteen (18) months of the petition date (April 25, 2022).

3. Debtor is deemed current for all post-petition rent payments due as per the date of the signed consent order (May 2022, June 2022 and July 2022). Debtor to resume regular rent payments as of August 1, 2022. All payments must be paid by the fifth (5th) of each month.

4. Thirty (30) day default clause as to both monthly rental obligation and Chapter 13 Trustee payments. Triple J's, LLC is entitled to file a Certification of Default in the event that payments are over thirty (30) days past due.

5. Debtor to immediately pay $254.16 to Maple Shade Township for water/sewer charges due according to the lease agreement. In the event that utility obligation is not satisfied with fifteen (15) days, Triple J's may file a certification of default with the Court. Thereafter, Debtor to pay all water/sewer bills as they become due with a thirty (30) day default clause as to all future payments.

6. Triple J's, LLC to be adequately protected by receiving Trustee disbursements equivalent to amounts paid for attorney/administrative fees until such time that all attorney fees/costs have been satisfied.

7.

I hereby consent to form and entry of this Order.

Andrew B. Finberg, Esquire
Attorney for Triple J's, LLC

/s/ *signature*
By: Andrew B. Finberg, Esquire

Dated: 7/12/22

Thomas G. Egner, Esquire
Attorney for the Debtor

/s/ *signature*
By: Thomas G. Egner, Esquire

Dated: 7/12/22

United States Bankruptcy Court

District of New Jersey

In re:  Case No. 22-13330-JNP
Ruth I Baez  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1  User: admin  Page 1 of 1
Date Rcvd: Jul 13, 2022  Form ID: pdf903  Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 15, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Ruth I Baez, 56 W. Center Ave., Maple Shade, NJ 08052-2835 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 15, 2022  Signature:  /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 13, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Andrew B. Finberg | on behalf of Creditor Triple J's LLC andy@sjbankruptcylaw.com  abfecf@gmail.com;finbergar39848@notify.bestcase.com |
| Isabel C. Balboa | ecfmail@standingtrustee.com  summarymail@standingtrustee.com |
| Thomas G. Egner | on behalf of Debtor Ruth I Baez tegner@mcdowelllegal.com tcuccuini@mcdowelllegal.com;Lwood@mcdowelllegal.com;kgresh@mcdowelllegal.com;kbrocious@mcdowelllegal.com;djamison@mcdowelllegal.com;cgetz@mcdowelllegal.com;egnertr62202@notify.bestcase.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 4