Form plncf13 – ntccnfpln13v27

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 22–13330–JNP
Chapter: 13
Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Ruth I Baez
aka Ruth Ivette Baez, aka Ruth Baez, aka
Ivette Baez, aka R. Ivette Beaz
56 W. Center Ave.
Maple Shade, NJ 08052

Social Security No.:
xxx–xx–1683

Employer's Tax I.D. No.:

**NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN**

NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on July 21, 2022.

Dated: July 21, 2022
JAN: har

Jeanne Naughton
Clerk