Form plncf13 − ntccnfpln13v27

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

                              Case No.:  22−13330−JNP
                              Chapter:  13
                              Judge:  Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Ruth I Baez
   aka Ruth Ivette Baez, aka Ruth Baez, aka
   Ivette Baez, aka R. Ivette Beaz
   56 W. Center Ave.
   Maple Shade, NJ 08052

Social Security No.:
   xxx−xx−1683

Employer's Tax I.D. No.:

## NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN

   NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on July 21, 2022.

Dated: July 21, 2022
JAN: har

                                              Jeanne Naughton
                                              Clerk

United States Bankruptcy Court

District of New Jersey

In re:　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Case No. 22-13330-JNP
Ruth I Baez　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Chapter 13
　　　Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1　　　　　　　　　　　User: admin　　　　　　　　　　　　　　　Page 1 of 3
Date Rcvd: Jul 21, 2022　　　　　　　　Form ID: plncf13　　　　　　　　　　　　Total Noticed: 31

The following symbols are used throughout this certificate:
**Symbol　　Definition**

\+　　　　　Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^　　　　　Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 23, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Ruth I Baez, 56 W. Center Ave., Maple Shade, NJ 08052-2835 |
| 519564319 | + | Charles I. Nathanson, Esq, 1916 Route 70 East, Suite 6, Cherry Hill, NJ 08003-2139 |
| 519564326 | + | Garden State Fcu, 144 NJ Route 38, Moorestown, NJ 08057-3223 |
| 519564331 | + | New Jersey Dept. of Labor, and Workforce Development, PO Box 119, Trenton, NJ 08625-0119 |
| 519564330 | + | New Jersey Dept. of Labor, and Workforce Development, PO Box 379, Trenton, NJ 08625-0379 |
| 519564332 | + | New Jersey Motor Vehicle Commission, Surcharge Violation System Office, PO Box 136, Trenton, NJ 08666-0136 |
| 519564337 | + | Stephen Einstein & Associates, P.C., Attn: Anthony S. Poulin, Esq., 39 Broadway, Suite 1250, New York, NY 10006-3089 |
| 519564339 | + | Triple J's LLC, 60 Westbrook Drive, Moorestown, NJ 08057-2219 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jul 21 2022 20:40:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jul 21 2022 20:40:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519571864 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jul 21 2022 20:46:24 | Ally Financial, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 519572285 | | Email/Text: BKPT@cfna.com | Jul 21 2022 20:39:00 | CREDIT FIRST NA, PO BOX 818011, CLEVELAND,OH 44181-8011 |
| 519564317 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jul 21 2022 20:46:22 | Capital One, Attn: Bankruptcy, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 519632774 | + | Email/PDF: ebn_ais@aisinfo.com | Jul 21 2022 20:46:26 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 519564318 | + | Email/Text: jessicaoehrlein@cpcrecovery.com | Jul 21 2022 20:40:00 | Central Portfolio Control, Attn: Bankruptcy, 10249 Yellow Circle Dr, Ste 200, Minnetonka, MN 55343-9111 |
| 519564320 | ^ | MEBN | Jul 21 2022 20:36:29 | Chimef/str, Attn: Bankruptcy, Po Box 417, San Francisco, CA 94104-0417 |
| 519564321 | + | Email/Text: ebnnotifications@creditacceptance.com | Jul 21 2022 20:39:00 | Credit Acceptance, Attn: Bankruptcy, 25505 West 12 Mile Road Ste 3000, Southfield, MI 48034-8331 |
| 519564322 | + | Email/Text: BKPT@cfna.com | Jul 21 2022 20:39:00 | Credit First National Association, Attn: Bankruptcy, Po Box 81315, Cleveland, OH 44181-0315 |
| 519564323 | + | Email/Text: bankruptcy@cbtno.com | Jul 21 2022 20:41:00 | Crescent Bank & Trust, Inc., Attn: Bankruptcy, Po Box 61813, New Orleans, LA 70161-1813 |
| 519564324 | ^ | MEBN | | |

| | | | | |
|---|---|---|---|---|
| | | | Jul 21 2022 20:35:59 | Equifax Information Services, PO Box 740241, Atlanta, GA 30374-0241 |
| 519564325 | ^ | MEBN | | |
| | | | Jul 21 2022 20:35:36 | Experian, PO Box 4500, Allen, TX 75013-1311 |
| 519564327 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | | |
| | | | Jul 21 2022 20:40:00 | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |
| 519564328 | | Email/PDF: resurgentbknotifications@resurgent.com | | |
| | | | Jul 21 2022 20:46:18 | LVNV Funding LLC, Resurgent Capital Systems, PO Box 10587, Greenville, SC 29603-0587 |
| 519564329 | | Email/Text: ml-ebn@missionlane.com | | |
| | | | Jul 21 2022 20:39:00 | Mission Lane LLC, Attn: Bankruptcy, P.O. Box 105286, Atlanta, GA 30348 |
| 519565803 | + | Email/PDF: rmscedi@recoverycorp.com | | |
| | | | Jul 21 2022 20:46:05 | Orion, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 519564333 | | Email/Text: signed.order@pfwattorneys.com | | |
| | | | Jul 21 2022 20:40:00 | Pressler, Felt & Warshaw LLP, Attn: Theologia Papadelias, Esq., 7 Entin Road, Parsippany, NJ 07054-5020 |
| 519653090 | + | Email/PDF: resurgentbknotifications@resurgent.com | | |
| | | | Jul 21 2022 20:46:07 | Pinnacle Service Solutions LLC, 4408 Milestrip Rd #247, Blasdell, NY 14219-2553 |
| 519564334 | + | Email/Text: clientservices@remexinc.com | | |
| | | | Jul 21 2022 20:40:00 | Remex Inc, Attn: Bankruptcy, Po Box 765, Rocky Hill, NJ 08553-0765 |
| 519564335 | + | Email/PDF: resurgentbknotifications@resurgent.com | | |
| | | | Jul 21 2022 20:46:07 | Resurgent Capital Services, Attn: Bankruptcy, Po Box 10497, Greenville, SC 29603-0497 |
| 519564336 | | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | | |
| | | | Jul 21 2022 20:40:00 | State of New Jersey Division of Taxation, Bankruptcy Section, PO Box 245, Trenton, NJ 08695 |
| 519564338 | ^ | MEBN | | |
| | | | Jul 21 2022 20:35:19 | TransUnion, PO Box 2000, Chester, PA 19016-2000 |

TOTAL: 23

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | Triple J's LLC, 60 Westbrook Drive, Moorestown, NJ 08057-2219 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jul 23, 2022        Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 21, 2022 at the address(es) listed below:

**Name**        **Email Address**

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 3 of 3 |
| Date Rcvd: Jul 21, 2022 | Form ID: plncf13 | Total Noticed: 31 |

Andrew B. Finberg
    on behalf of Creditor Triple J's LLC andy@sjbankruptcylaw.com  abfecf@gmail.com;finbergar39848@notify.bestcase.com

Isabel C. Balboa
    ecfmail@standingtrustee.com  summarymail@standingtrustee.com

Thomas G. Egner
    on behalf of Debtor Ruth I Baez tegner@mcdowelllegal.com
    tcuccuini@mcdowelllegal.com;Lwood@mcdowelllegal.com;kgresh@mcdowelllegal.com;kbrocious@mcdowelllegal.com;djamison@mcdowelllegal.com;cgetz@mcdowelllegal.com;egnertr62202@notify.bestcase.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 4