53339
MORTON & CRAIG, LLC
110 Marter Avenue
Suite 301
Moorestown, NJ 08057
Attorney for Credit Acceptance Corporation
JM5630_____

UNITED STATES BANKRUPTCY
COURT FOR THE DISTRICT OF
NEW JERSEY

IN RE:  RUTH I. BAEZ

CHAPTER: 13

CASE NO.: 22-13330 (JNP)

NOTICE OF APPEARANCE AND
REQUEST FOR ALL NOTICES, PLANS,
AND DISCLOSURE STATEMENTS

Credit Acceptance Corporation hereby enters its appearance and the law firm of Morton & Craig LLC, pursuant to Fed R Bankr P 9010, hereby enters their appearance as attorneys for Credit Acceptance Corporation with regard to all matters and proceedings in the above captioned case, showing counsel's name, office address and telephone number as follows:

John R. Morton, Jr., Esquire
Morton & Craig LLC
110 Marter Avenue, Suite 301
Moorestown, NJ 08057
(856) 866-0100

Credit Acceptance Corporation, pursuant to Fed R Bankr P 2002, hereby requests that all notices required to be given under Fed R Bankr P 2002, including notices under

Fed R. Bankr P 2002(I), that, but for this Request, would be provided only to committees appointed pursuant to the Bankruptcy Code or their authorized agents, be given to Credit Acceptance Corporation by due service upon its undersigned attorneys, Morton & Craig LLC, at the address stated above and also to it at the following address:

Credit Acceptance Corporation
25505 West 12 Mile Road
Southfield, Michigan 48034

Credit Acceptance Corporation pursuant to Fed R Bankr P 3017(a), further requests that all plans and disclosure statements filed herein by any party be duly served upon it and its undersigned attorneys.

    /s/   John R. Morton, Jr.
John R. Morton, Jr., Esquire
Attorney For Credit Acceptance Corporation

Dated: 7/27/22