File No.: 53339
MORTON & CRAIG, LLC
110 Marter Avenue
Suite 301
Moorestown, NJ 08057
(856)866-0100
Attorney for Credit Acceptance Corporation
JM5630_____

                                                UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEW JERSEY

IN RE:
  RUTH I. BAEZ

                                                CHAPTER 13
CASE NO: 22-13330(JNP)
HEARING DATE: 9-6-2022

NOTICE OF MOTION OF CREDIT ACCEPTANCE CORPORATION TO MODIFY THE AUTOMATIC STAY

To:

      Ruth I. Baez
      56 W. Center Avenue
      Maple Shade, NJ 08052
      Debtors

      Thomas G. Egner, Esq.
      46 West Main Street
      Maple Shade, NJ 08052
      Attorney for the debtors

      Isabel C. Balboa
      Cherry Tree Corporate Center
      535 Route 38, Suite 580
      Cherry Hill, NJ 08002
      Trustee

      U.S. Trustee, US Dept of Justice
      Office of the US Trustee
      One Newark Center, Suite 2100
      Newark, NJ 07102

John R. Morton, Jr., Esquire, attorney for Credit Acceptance Corporation, has filed papers with the Court for relief from the automatic stay to permit Credit Acceptance Corporation to repossess and sell the motor vehicle(s) described in the attached pleadings.   **Your rights may be affected.  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  If you do not have an attorney, you may wish to consult with one.**  If you do not want the Court to grant the relief sought, or if you want the Court to consider your views on the motion, then no later than seven (7) days before the hearing date, you or your attorney must:

File with the Court a written request for a hearing (or, if the Court requires a written response, an answer, explaining your position) at:

United States Bankruptcy Court
1 John F. Gerry Plaza
4th & Cooper Streets
Camden, NJ 08101

If you mail your (request) (response) to the Court for filing, you must mail it early enough so the Court will receive it on or before the date stated above.

You must also mail a copy to:

John R. Morton, Jr., Esquire
110 Marter Avenue, Suite 301
Moorestown, NJ 08057

TAKE FURTHER NOTICE that the facts movant relies upon, as set forth on the accompanying certification, and the basis for relief from the automatic stay, do not present complicated questions of fact or unique questions of law, it is hereby submitted that no brief is necessary in the Court's consideration of the within Motion, and TAKE FURTHER NOTICE that oral argument is hereby not requested.

**Attend the hearing scheduled to be held on September 6, 2022 at 11 a.m. in Courtroom #4C, United States Bankruptcy Court, 1 John F. Gerry Plaza, 4th & Cooper Streets, Camden, New Jersey 08101.**

If you or your attorney do not take these steps, the Court may decide that you do not oppose the relief sought in the motion and may enter an order.

Date:   8-10-2022                          /s/ John R. Morton, Jr., Esquire
                                           John R. Morton, Jr., Esquire
                                           Attorney for Credit Acceptance Corporation