UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**

ISABEL C. BALBOA
CHAPTER 13 STANDING TRUSTEE
CHERRY TREE CORPORATE CENTER
535 ROUTE 38, SUITE 580
CHERRY HILL, NJ 08002-2977
(856) 663-5002

In Re:

    RUTH I. BAEZ

Case No.: 22-13330

Adv. No.:

Hearing Date:

Judge: Jerrold N. Poslusny Jr.

## CERTIFICATION OF SERVICE

1. I, DIANA DEMEO :

   ☒ represent the Chapter 13 Standing Trustee in the above-captioned matter.

   ☐ am the secretary/paralegal for _____, who represents the _____ in the above captioned matter.

   ☐ am the _____ in the above case and am representing myself.

2. On 10/21/2022, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below:

   CERTIFICATION OF ISABEL C. BALBOA, CHAPTER 13 STANDING TRUSTEE, TO DISMISS DEBTOR(S)' CHAPTER 13 BANKRUPTCY CASE

   ORDER TO DISMISS DEBTOR(S)' CHAPTER 13 BANKRUPTCY CASE

3. I hereby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Dated: 10/21/2022

/s/ DIANA DEMEO
Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| RUTH I. BAEZ<br><br>56 WEST CENTER AVENUE<br>MAPLE SHADE, NJ  08052 | Debtor(s) | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☒ Other: Per Amended General Order dated 3/27/2020, paragraph 8b |
| MC DOWELL LAW, PC<br><br>46 WEST MAIN STREET<br>MAPLE SHADE, NJ  08052 | Debtor(s) Counsel | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☒ Other: Per Amended General Order dated 3/27/2020, paragraph 8b |