| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br>Thomas G. Egner, Esquire<br>McDowell Law, PC<br>46 West Main Street<br>Maple Shade, NJ 08052<br>Tel: (856) 482-5544  Fax: (856) 482-5511<br>Email: tegner@mcdowelllegal.com | |
| In re:<br>    **Ruth I. Baez** | Case No.: **22-13330**<br>Chapter: **13**<br>Adv. No.:<br>Hearing Date: **TBD**<br>Judge: **JNP** |

# CERTIFICATION OF SERVICE

1. I, **Kristie Gresh**:

    ☐ represent ___ in the this matter.

    ☑ am the secretary/paralegal for **Thomas Egner**, who represents **the debtor** in the this matter.

    ☐ am the ___ in the this case and am representing myself.

2. On **October 27, 2022**, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below:
    **Opposition to Motion for Relief**

3. I hereby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Dated: **October 27, 2022**                                        **/s/ Kristie Gresh**
                                                                                    Signature

1

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Isabel Balboa<br>Chapter 13 Trustee<br>535 Route 38 Suite 580<br>Cherry Hill, NJ 08002 | Trustee | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other ___<br>(as authorized by the court *) |

\* May account for service by fax or other means as authorized by the court through the issuance of an Order Shortening Time.