Form 177 – fnldec

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

                                      Case No.: 22–13330–JNP
                                      Chapter: 13
                                      Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Ruth I Baez
    aka Ruth Ivette Baez, aka Ruth Baez, aka
    Ivette Baez, aka R. Ivette Beaz
    56 W. Center Ave.
    Maple Shade, NJ 08052

Social Security No.:
    xxx–xx–1683

Employer's Tax I.D. No.:

## FINAL DECREE

    The estate of the above named debtor(s) has been fully administered.

    If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

    ORDERED that Isabel C. Balboa is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.

Dated: <u>December 27, 2022</u>                <u>Jerrold N. Poslusny Jr.</u>
                                                    Judge, United States Bankruptcy Court